UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR11-405-JLR |
|---|---|
| Plaintiff, | ) |
| | ) ORDER DENYING ~~(PROPOSED)~~ ORDER ~~GRANTING~~ |
| v. | ) MOTION FOR EARLY |
| | ) TERMINATION OF |
| ROGELIO CARPIO, | ) SUPERVISED RELEASE |
| Defendant. | ) |

This matter has come before the Court on Rogelio Carpio's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Rogelio Carpio's Motion for Early Termination of Supervised Release is DENIED ~~term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).~~

DATED this 26th day of January, 2018.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ Corey Endo
Assistant Federal Public Defender
Attorney for Rogelio Carpio

ORDER FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(Rogelio Carpio; CR11-405-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100